JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJANG R. P., <br>       Plaintiff, <br>    v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>       Defendant. | NO. CV 21-6173-KS <br><br> JUDGMENT |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: October 18, 2022

                                              _____
                                              KAREN L. STEVENSON
                                         UNITED STATES MAGISTRATE JUDGE